UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL RYAN MCGOUGH,

    Petitioner,                                        Case No. 25-cv-10751

v.                                                           HON. MARK A. GOLDSMITH

WASHTENAW COUNTY
TRIAL COURT,

    Respondent.
_____/

# JUDGMENT

Judgment is entered in accordance with the Opinion and Order entered on today's date. The case is closed.

                                                                               KINIKIA ESSIX
                                                                               CLERK OF THE COURT

                                       By:    s/Joseph Heacox
                                                               DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: November 12, 2025